UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Case No. 4:15CR00097 JAR |
| CRAIG KENDALL GIBONEY, | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Shirley P. Mensah (ECF No. 108). Defendant Giboney filed a number of pretrial motions.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Shirley P. Mensah, who filed a Report and Recommendation on February 18, 2016 (ECF No. 108). Defendant Giboney filed objections to the Report and Recommendation on February 23, 2016 (ECF No. 109). After de novo review of this matter, this Court adopts the Magistrate Judge's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [108] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motions filed by Defendant are **DENIED**.

Dated this 7th day of March, 2016.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE